USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
: 
SMALL BUSINESS FINANCE ASSOCIATION, :
:
                               Plaintiff, :
:
      -against- :    23-MC-271 (VEC)
:
CLOTHLIDE HEWLETT, solely in her official :    <u>ORDER</u>
capacity as Commissioner of the California :
Department of Financial Protection and :
Innovation, :
                             Defendant. :
------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on August 14, 2023, Defendant moved to compel nonparty Fora Financial West LLC ("Fora"), a member of the Small Business Finance Association ("SBFA"), to produce documents regarding certain required disclosures that are the subject of ongoing litigation between the parties in the Central District of California, Mot., Dkt. 1 at 6–7;

      IT IS HEREBY ORDERED that not later than **August 31, 2023**, Defendant must reply to Fora's opposition.

      IT IS FURTHER ORDERED that if the Defendant wishes to continue to litigate this case, not later than **August 31, 2023**, the Defendant and Fora must submit a joint letter (1) certifying that they have met and conferred for at least **one hour** in a good faith attempt to resolve the remaining elements of this dispute, (2) setting forth the remaining items that Defendant seeks to have produced, and (3) stating whether the parties have been able mutually to agree on a schedule for production.

**SO ORDERED.**

Date: August 25, 2023                           _____
      New York, NY                                **VALERIE CAPRONI**
                                                                **United States District Judge**